# CASE ANNOUNCEMENTS

*March 11, 2014*

[Cite as *03/11/2014 Case Announcements*, 2014-Ohio-885.]

## MOTION AND PROCEDURAL RULINGS

**In re Henderson.**
On January 18, 2012, this court found Paul S. Henderson to be a vexatious litigator under S.Ct.Prac.R. 4.03(B). This court further ordered that Henderson was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On March 4, 2014, Henderson submitted an application for leave to file a notice of appeal and memorandum in support of jurisdiction.

It is ordered by the court that the application for leave is denied.

**2014–0235. Hillenmeyer v. Cleveland Bd. of Rev.**
Board of Tax Appeals, No. 2009–3688. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the motion for admission pro hac vice of Stephen W. Kidder, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

## MISCELLANEOUS DISMISSALS

**2014–0294. Allah–U–Akbar v. State.**
In Habeas Corpus. This cause originated in this court on the filing of a complaint for a writ of habeas corpus.

Upon consideration of petitioner's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION MATTERS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A):

**2014–0292. Saturday v. Cleveland Bd. of Rev.**
Board of Tax Appeals, No. 2011–4027.

**2014–0309. Mast v. Holmes Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–1771.

**2014–0311. Larger v. Allen Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–4231.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 19.01(E).

The appellants in each case shall file a brief within 40 days of the date of these entries, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct.Prac.R. 16.07, the court may dismiss these cases or take other action if the parties fail to timely file merit briefs.

**2013–1951. Ross v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–607.

**2013–1955. Schwartz v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–608.

**2014–0002. W. Third Bridge Bldg., L.L.C. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2012–1554, 2012–1555, and 2012–1556.